

In The

# Court of Appeals

## Seventh District of Texas at Amarillo

_____

No. 07-13-0031-CR
_____

BRYAN RAY ROE, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 52nd District Court
Coryell County, Texas
Trial Court No. FISC-12-21158, Honorable Trent D. Farrell, Presiding

March 4, 2013

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Pending before the court is the State's motion to dismiss the appeal. Dismissal is required because the conviction was the result of a plea bargain, the sentence fell within the range of punishment recommended under the agreement, and appellant waived his right to appeal as part of the bargain. Because the appellant, as represented by his legal counsel, does not oppose the motion, we grant it.

The appeal is dismissed.

Per Curiam

Do not publish.